# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1385. JOHN M. FOSTER v. GEORGIA DEPARTMENT OF CORRECTIONS.

John Miles Foster is currently serving a life sentence for felony murder and other crimes following his guilty plea in 1994. In August 2018, Foster filed a petition for a writ of mandamus seeking, among other things, to compel the Department of Corrections to provide Saturday and Sunday worship services for Christians at the Georgia State Prison in Reidsville, Georgia. The trial court dismissed the petition for want of prosecution because Foster failed to serve the Department of Corrections within 30 days. Foster then filed the instant direct appeal. However, we lack jurisdiction.

While judgments and orders granting or refusing to grant mandamus relief are generally directly appealable, see OCGA § 5-6-34 (a) (7), under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Foster was incarcerated when he filed this action, he was required to file an application for discretionary appeal to seek an appeal of the trial court's order. "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Foster's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   03/05/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*